# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| v. | ) | |
| | ) | |
| Lemont Maurice Rogers, | ) | Case No.: 1:17-cr-00252 |
| | ) | |
| Defendant. | ) | |

On June 11, 2025, Defendant filed an *Ex Parte Motion for Status Conference* in Case No. 1:23-cr-00126. (Doc. No. 96). The court granted Defendant's motion and scheduled a hearing for June 17, 2025. (Doc. Nos. 98, 99). The hearing was subsequently rescheduled to June 24, 2025. (Doc. No. 103).

On June 24, 2025, the court held a status conference during which Defendant and his appointed counsel were present. For the reasons articulated on the record, the court found there was good cause for counsel to withdraw as attorney of record. Attorney Max Rudy was authorized to withdraw.

Attorney Max Rudy also represents Defendant in the above-captioned matter. As the court found there was good cause for withdrawal in Case No. 1:23-cr-00126, the court also finds there is good cause for withdrawal here as the matters are closely intertwined and Defendant would benefit from one counsel representing him on both matters. Accordingly, attorney Max Rudy is permitted to withdraw from the base-captioned matter, and the court will appoint substitute counsel in a separate order.

**IT IS SO ORDERED.**

Dated this 25th day of June, 2025.

/s/ *Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court